**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-00002-WJM-STV

DAVID KATT, on behalf of himself and all others similarly situated,
Plaintiff,

v.

THE PROACTIV COMPANY, LLC,

Defendant.

## STIPULATION FOR DISMISSAL WITH PREJUDICE

The parties, by and through their respective attorneys, Ari H. Marcus on behalf of Plaintiff; and Lauri A. Mazzuchetti on behalf of Defendant, hereby stipulate and agree pursuant to Fed. R.Civ. P. 41(A)(ii) to a dismissal, with prejudice, each party to pay its own costs and attorney fees, of this lawsuit. By the filing of this Stipulation the above civil action is deemed resolved and the case closed.

Respectfully submitted this 5th day of June, 2020.

/s/ Ari Hillel Marcus
Ari Hillel Marcus
Marcus & Zelman, LLC
701 Cookman Avenue,
Suite 300
Asbury Park, NJ 07712
ari@marcuszelman.com
ATTORNEY FOR PLAINTIFF

/s/ Lauri A. Mazzuchetti
Lauri A. Mazzuchetti
Kelley Drye & Warren LLP
1 Jefferson Road, 2nd Floor
Parsippany, NJ 07054
lmazzuchetti@kelleydrye.com
ATTORNEY FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 5th day of June, 2020, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system which will send electronic notification of such filing to the following:

Lauri A. Mazzuchetti
lmazzuchetti@kelleydrye.com


                                                 /s/ *Ari H. Marcus*